## New York Common Pleas — General Term, November, 1895.

### Before Daly, Ch. J., Bischoff and Pryor, JJ.

Charles E. Orvis v. William H. Curtiss.— Taylor & Parker, for motion. H. G. Harris, opposed. Motion for leave to appeal to the Court of Appeals granted.

Charles F. Holm v. Parmele-Eccleston Lumber Co.—W. H. Roome, for motion. T. Smith, opposed. Motion to dismiss appeal granted, with costs, unless within five days from the date of service of the order to be entered herein the appellant shall pay ten dollars costs and stipulate that the appeal shall either be argued or dismissed if not argued at the next term.

Max Goldstein v. Irving T. Bush.—Dill, Seymour & Kellogg, for motion. R. B. Kenyon, opposed. Motion to dismiss appeal granted.

Benjamin G. Sanford v. The American District Telegraph Co.—McIntyre & Settel, for motion. Geo. H. Fearons, opposed. Motion for leave to appeal to the Court of Appeals granted.

The People v. John Lamb et al. — Motion to vacate judgment on forfeited recognizance granted.

The People v. Mary Jones et al. — Motion to vacate judgment on forfeited recognizance granted.

Robert F. Bixby v. Casino Company.— Elihu Root, for motion. Moses Wieman, opposed. Motion for leave to appeal to the Court of Appeals granted.

Fred H. Williams v. Charles C. Dodge.— Howard Y. Stillman, for motion. J. A. Dennison, opposed. Motion for reargument denied, with ten dollars costs. That the point referred to upon this motion was not overlooked very clearly appears from the opinion, where it is referred to and discussed.

Alexander Pollock v. Pennsylvania Iron Works Co.—Andrew W. Kent, for motion. Charles De Hart Brower, opposed. Motion for leave to appeal to the Court of Appeals granted.

Herman D. Berner v. Solomon L. Kaye.— B. Lewinson, for motion. Edward J. Krug, Jr., opposed. Motion for reargument or for leave to appeal to the Court of Appeals denied.

Johanna Kuechenmeister v. Vernon H. Brown et al.—Chas. Goldzier, for motion. Ira D. Warren, opposed. Motion for reargument granted.

Frederick Eder, Respondent, v. William McMahon, Appellant.— Appeal from order opening plaintiff's default and setting aside order dismissing the complaint. Henry C. Andrews, for appellant. James Flynn, for respondent. Order affirmed.

Catherine M. Daley, Respondent, v. Lyman E. Warren et al., Appellants.—Appeal from order requiring defendant to furnish a bill of particulars. August C. Nanz, for appellants. D. M. Porter, for respondent. Order affirmed.

Ella V. Fitzgerald, Appellant, v. John H. Timoney, Respondent.—Appeal from a judgment of the General Term of the City Court of New York, reversing a judgment in favor of the plaintiff in an action of negligence. Francis C. Devlin, for appellant. W. H. Deady (John A. Deady, of counsel), for respondent. Appeal dismissed.

Alwin Eisert, Respondent, v. William H. Brandt, Appellant.—Appeal from order of the General Term of the City Court of New York, affirming order denying motion for leave to serve an amended and supplemental answer. William W. Bryan, for appellant. M. E. Duffy (Wm. J. Lippmann, of counsel), for respondent. Appeal dismissed.

Jacob Klotsky, Respondent, v. Dora Hertchikoff, Appellant.—Appeal from order of the General Term of the City Court of New York, affirming order denying motion to vacate an attachment. Abraham H. Sarasohn, for appellant. Louis Levene, for respondent. Order reversed on argument.

Isaac Goldsmith, Respondent, v. Valentine E. N. Cook, Appellant.—Appeal from order of the General Term of the City Court of New York, dismissing appeals from certain orders. Smith Tuttle, for appellant. Robert Greenthal, for respondent. Appeal dismissed.

### Before Bookstaver, Bischoff and Pryor, JJ.

Catharine Sheridan, Respondent, v. William Scott, Appellant.—Appeal from judgment in favor of the plaintiff, entered upon a verdict, and from order denying motion for a new trial. Charles C. Nadal, for appellant. John A. Dutton, for respondent. Judgment affirmed.